

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2018

No. 04-17-00719-CV

Juan **ENRIQUEZ**,
Appellant

v.

Dwayne **VILLANUEVA**, Karnes County Sheriff, Individually and in his Official Capacity,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-09-00210-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by January 2, 2018. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2018.

KEITH E. HOTTLE,
Clerk of Court